**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| BEN H. DROSTE AND CALVIN CASH, )<br>Individually and as Class Representatives, )<br>   )<br>   Plaintiffs, )<br>   )<br>v.   )<br>   )<br>VERT CAPITAL CORP., WOLFF-FORDING )<br>HOLDINGS, LLC, AND WOLFF-FORDING & CO., )<br>   )<br>   Defendants. )<br>_____ ) | Civil Action No.: 3:14-cv-00467 |

**PLAINTIFFS' MOTION TO CONTINUE
FINAL PRETRIAL CONFERENCE AND TRIAL**

COME NOW Plaintiffs, Ben H. Droste and Calvin Cash, on behalf of themselves and all others similarly situated, by counsel, and respectfully move the Court for the entry of an order, substantially in the form of the Proposed Order attached to this Motion, continuing all pretrial deadlines, including the final pretrial conference scheduled for March 2, 2015, and trial scheduled for March 17, 2015, pending the Court's ruling on Plaintiffs' previously filed Motion for Class Certification (Doc. 47) and Motion for Entry of Default (Doc. 59), for the reasons set forth in the accompanying memorandum of law.

Dated:  February 23, 2015                              Respectfully submitted,

**BEN H. DROSTE AND CALVIN CASH,
Individually and as Class Representatives**

By:     /s/ *C. Michael DeCamps*
C. Michael DeCamps (VSB No. 15066)
Faith Alejandro (VSB No. 80076)
SANDS ANDERSON PC
Bank of America Center
1111 East Main Street, Suite 2400
Richmond, VA  23219-3500

Phone:  (804) 783-7297
E-Mail:  mdecamps@sandsanderson.com
E-Mail: falejandro@sandsanderson.com
*Attorneys for Plaintiffs*

Charles A. Ercole (PA Bar No. 69192)*
Lee D. Moylan (PA Bar No. 80915)*
KLEHR HARRISON HARVEY
BRANZBURG, LLP
1835 Market Street, 14th Floor
Philadelphia, PA  19103
Phone:  (215) 569-2700
E-Mail:  cercole@klehr.com
E-Mail:  lmoylan@klehr.com
*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, C. Michael DeCamps, hereby certify that on February 23, 2015, I caused a true and correct copy of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Continue the Final Pretrial Conference and Trial, to be served on the following

**Via regular mail:**

Wolff-Fording Holdings, Inc.
c/o The Corporation Trust Company as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Wolff-Fording & Co.
c/o Mr. Richard Shuster, President and CEO
c/o Vert Capital Corp.
19051 W. Pico Blvd.
Los Angeles, CA 90064

Vert Capital Corp.
c/o Incorp Services, Inc. as Registered Agent
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19899

Mr. Adam Levin, Director
Vert Capital Corp., Wolff-Fording Holdings, Inc. and Wolff-Fording & Co.
Vert Capital Corp.
19051 W. Pico Blvd.
Los Angeles, CA 90064

/s/ C. Michael DeCamps
C. Michael DeCamps (VSB No. 15066)
Faith Alejandro (VSB No. 80076)
SANDS ANDERSON PC
Bank of America Center
1111 East Main Street, Suite 2400
Richmond, VA 23219-3500
Phone: (804) 783-7297
E-Mail: mdecamps@sandsanderson.com
E-Mail: falejandro@sandsanderson.com
*Attorneys for Plaintiffs*