

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| BEN H. DROSTE AND CALVIN CASH, Individually and as Class Representatives, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | Civil Action No.: 3:14-cv-00467 |
| VERT CAPITAL CORP., WOLFF-FORDING HOLDINGS, LLC, AND WOLFF-FORDING & CO., ) ) ) ) | |
| Defendants. ) ) | |

## [PROPOSED] ORDER

THIS DAY CAME Plaintiffs, Ben H. Droste and Calvin Cash, on behalf of themselves and all others similarly situated, by counsel, on their Motion to Continue Final Pretrial Conference and Trial.

It appearing proper to do so, and for good cause shown, the Motion is hereby GRANTED, and all pretrial deadlines, including the final pretrial conference scheduled on March 2, 2015, and trial scheduled on March 17, 2015, are hereby CONTINUED pending resolution by this Court of Plaintiffs' Motion for Class Certification (Doc. 47) and Motion for Default Judgment (Doc. 59).

Entered this 24th day of February, 2015.

/s/ REP
United States District Judge Robert E. Payne